JORDAN DECKENBACH
Wyoming Bar No. 8-7207
Assistant Federal Public Defender
104 S. Wolcott Str., Ste 550
Casper, WY 82601
Phone: (307) 772-2781
Fax: (307) 772-2781
Jordan.Deckenbach@fd.org

HAILEY MORTON
Wyoming Bar No. 8-7424
Assistant Federal Public Defender
104 S. Wolcott St., Ste. 550
Casper, WY 82601
Phone: (307) 772-2781
Fax: (307) 772-2781
hailey_morton@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY BUTCHER,<br><br>Defendant. | Case No. 25-PO-00772-SAH<br>25-PO-00776-SAH |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS DIGITAL EVIDENCE [ECF No. 36]**

COMES NOW the Defendant, Gary Lee Butcher, by and through counsel, and hereby notifies the Court that he is withdrawing his Motion to Suppress Digital Evidence [ECF No. 36] without prejudice.

At the suppression hearing, the Government announced its agreement and

motion to dismiss four (4) of the six (6) pending violation notices against Mr. Butcher. The remaining active matters are Case Nos. 25-PO-00772-SAH and 25-PO-00776-SAH. Based on the current state of discovery and as far as defense counsel is aware, there is no evidence derived from the cellular phone extraction that impacts, taints, or is utilized in the prosecution of these remaining cases. Accordingly, the suppression issues raised in the motion are rendered moot for the present posture.

As counsel informed the Court orally during the suppression hearing, Defendant hereby formally withdraws the Motion to Suppress Digital Evidence [ECF No. 36].

DATED this 5th day of October 2026.

Respectfully submitted,
TRACY R. HUCKE
Federal Public Defender

*/s/Jordan Deckenbach*
JORDAN DECKENBACH
Assistant Federal Public Defender

*/s/Hailey Morton*
HAILEY MORTON
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026 the foregoing was electronically filed and consequently served on counsel of record.

*/s/Jordan Deckenbach*
Jordan Deckenbach
Assistant Federal Public Defender