FILED
8:45 am, 11/18/26
Margaret Botkins
Clerk of Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

GARY BUTCHER,

Defendant.

Case No. 25-PO-00776-SAH

---

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION**

---

This matter comes before the Court on the Defendant's Unopposed Motion to Modify Conditions of Probation. Having reviewed the motion and being fully advised in the premises, the Court finds good cause to grant the requested relief.

**IT IS HEREBY ORDERED** that the Defendant's Unopposed Motion to Modify Conditions of Probation is **GRANTED**.

**IT IS FURTHER ORDERED** that the specific condition of probation regarding the psychiatric evaluation is modified to read as follows:

"The defendant shall obtain a clinical mental health evaluation, scheduling within 30 days of Sentencing and provide a copy of the evaluation to the Court (email YNP_DC@wyd.uscourts.gov or US District Court, PO Box 387, Yellowstone National Park, WY 82190). The defendant shall successfully complete any recommended treatment, scheduling treatment and providing proof of completion to the Court."

All other conditions of the Judgment in a Criminal Case filed on October 22, 2026, shall remain in full force and effect.

**DATED** this 18th day of November 2026.

Stephanie Hambrick
STEPHANIE A. HAMBRICK
United States Magistrate Judge